UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| FRANK LEROY BOWIE,<br>　　　　Plaintiff,<br>　　v.<br>ANDREW M. SAUL,<br>　　　　Defendant. | Case No. 18-cv-04889-RMI<br><br>**ORDER DISMISSING CASE WITHOUT PREJUDICE** |

This Social Security appeal was filed on August 12, 2018. (Dkt. 1). Pursuant to the Court's Scheduling Order, Plaintiff's motion for summary judgment was due on January 17, 2019. (Dkt. 7). Nearly ten months have passed, and Plaintiff's motion has not been filed. In fact, Plaintiff's first and last contact with the court was on August 12, 2018. (Dkts. 1, 3, 4).

On October 7, 2019, the court entered an Order to Show Cause regarding Dismissal. (Dkt. 18). The court therefore ordered Plaintiff to show cause, no later than November 7, 2019, why this appeal should not be dismissed without prejudice for failure to prosecute. *Id*. The deadline for Plaintiff to respond to the court's Order to Show Cause passed without a response from Plaintiff.

"In determining whether to dismiss an action for lack of prosecution, the district court is required to weigh several factors: '(1) the public's interest in expeditious resolution of litigation; (2) the court's need to manage its docket; (3) the risk of prejudice to the defendants; (4) the public policy favoring disposition of cases on their merits and (5) the availability of less drastic sanctions.'" *Carey v. King*, 856 F.2d 1439, 1440 (9th Cir. 1988) (quoting *Henderson v. Duncan,* 779 F.2d 1421, 1423 (9th Cir.1986)).

In this instance, Plaintiff's abandonment of his case controls the five factors set forth in

*Carey*. Although public policy favors disposition of cases on their merits, Plaintiff's utter failure to litigate this case makes it impossible for the court to proceed. The court's need to manage its docket, the public's interest in expeditious resolution of litigation, and the risk of prejudice to Defendant all weigh in favor of dismissal. The court has waited approximately ten months for Plaintiff to file his motion for summary judgment, yet he has not done so and has not communicated with the court. There are no less drastic alternatives available.

Accordingly, IT IS HEREBY ORDERED that this case is dismissed without prejudice for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

**IT IS SO ORDERED.**

Dated: November 8, 2019

_____
ROBERT M. ILLMAN
United States Magistrate Judge